**No. 09-9632. Anarian Chad Jackson, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

559 U.S. 1111, 130 S. Ct. 2415, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3869.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 573 F.3d 856.